IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| ALBERTO J. CARABALLO ROMERO, ROSSELIN E. ECHEGARA YPINA, SOPHIA G. CARABALLO ECHEGARAY, AND SANTIAGO D. CARABALLO ECHEGARAY,<br><br>PLAINTIFFS,<br><br>*v.*<br><br>UR MENDOZA JADDOU, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES, AND ANTONIO DONIS, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES ARLINGTON ASYLUM OFFICE<br><br>DEFENDANTS. | Civil Action No.<br><br>3:24-cv-00107-TCB |

ORDER

Having read and considered Defendants' Unopposed Motion for Enlargement of Time to file a responsive pleading to Plaintiff's Original Complaint for Writ of Mandamus and Declaratory Judgment, without objection from Plaintiffs, and for good cause shown, it is hereby ORDERED that Defendants shall be granted an extension of time to file a responsive pleading to Plaintiff's Original Complaint for Writ of Mandamus and Declaratory Judgment, through and including February 18, 2025.

So ordered, this 15th day of August, 2024.

_____
Honorable Timothy C. Batten, Sr.
Chief United States District Judge

Presented By:

*/s/ Darcy F. Coty*
DARCY F. COTY
*Assistant United States Attorney*
Georgia Bar No. 259280